Opinion issued June 18, 2009









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-09-00171-CV

____________


ELOISE GARCIA, Appellant


V.


JULIA GONZALES, Appellee






On Appeal from the County Court at Law No. 3

Fort Bend County, Texas

Trial Court Cause No. 08CPR021384






MEMORANDUM OPINION

 The parties have filed a joint motion to dismiss their appeal. No opinion has
issued. Accordingly, the motion is granted, and the appeal is dismissed. Tex. R.
App. P. 42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Sharp and Taft. (1)

1. The Honoarable Tim Taft, retired justice, Court of Appeals for the First
District of Texas, participating by assignment.